Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−34178−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Esther M Villaronga
69 Monticello Ave
Newark, NJ 07106

Social Security No.:
xxx−xx−1473

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/3/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 4, 2019
JAN: mg

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                     Case No. 18-34178-JKS
Esther M Villaronga                                                        Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-2            User: admin                 Page 1 of 2                  Date Rcvd: Apr 04, 2019
                                Form ID: 148                Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db             +Esther M Villaronga,   69 Monticello Ave,   Newark, NJ 07106-1505
517912978       Bank of America,   PO Box 15796,   Wilmington, DE 19886-5796
517912981      +Essex County Chancery Division,   25 Market St.,   Trenton, NJ 08611-2148
517912986      +KML Law Group P.C.,   216 Haddon Ave. Suite 406,   Collingswood, NJ 08108-2812
517912990      +New Jersey Division of Taxation,    P.O. Box 046,   Trenton, NJ 08646-0046
517912994      +The Bureaus Inc,   1717 Central St,   Evanston, IL 60201-1507
517912995       U S Dept Of Ed/Gsl/Atl,   Po Box 4222,   Iowa City, IA 52244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2019 00:16:25     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2019 00:16:21     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Apr 05 2019 03:38:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
517912977       E-mail/Text: ebn@americollect.com Apr 05 2019 00:16:31     Americollect Inc,   Po Box 1566,
                 Manitowoc, WI 54221
517957871      +EDI: PRA.COM Apr 05 2019 03:38:00     Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517912979       EDI: CAPITALONE.COM Apr 05 2019 03:38:00     Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
517965371       EDI: CAPITALONE.COM Apr 05 2019 03:38:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
518006064       EDI: BL-BECKET.COM Apr 05 2019 03:38:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517912980      +E-mail/Text: bankruptcy@cavps.com Apr 05 2019 00:16:41     Cavalry Portfolio Serv,
                 Po Box 27288,   Tempe, AZ 85285-7288
517917146      +E-mail/Text: bankruptcy@cavps.com Apr 05 2019 00:16:41     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
517912982      +E-mail/Text: bankruptcies@foxcollection.com Apr 05 2019 00:16:18     Fox Collection Center,
                 454 Moss Trl,   Goodlettsville, TN 37072-2029
517912984       EDI: IRS.COM Apr 05 2019 03:38:00     Internal Revenue Service,   44 South Clinton Ave.,
                 Trenton, NJ 08601
517912987      +EDI: CBSKOHLS.COM Apr 05 2019 03:38:00     Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
517912987      +E-mail/Text: bncnotices@becket-lee.com Apr 05 2019 00:15:21     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
517970376       EDI: RESURGENT.COM Apr 05 2019 03:38:00     LVNV Funding, LLC,   c/o Resurgent Capital Services,
                 PO BOX 10587,   Greenville, SC 29603-0587
517912988      +EDI: RESURGENT.COM Apr 05 2019 03:38:00     Lvnv Funding Llc,   Po Box 1269,
                 Greenville, SC 29602-1269
517946370       EDI: MERRICKBANK.COM Apr 05 2019 03:38:00     MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
518037020      +E-mail/Text: bkteam@selenefinance.com Apr 05 2019 00:15:28     MTGLQ Investors, L.P.,
                 c/o Selene Finance, LP,   Attn: BK Dept.,   9990 Richmond Ave., Suite 400 South,
                 Houston, TX 77042-4546
517912989      +EDI: MERRICKBANK.COM Apr 05 2019 03:38:00     Merrick Bank Corp,   Pob 9201,
                 Old Bethpage, NY 11804-9001
517912991      +E-mail/Text: bankruptcy@onlineis.com Apr 05 2019 00:16:55     Online Collections,   Po Box 1489,
                 Winterville, NC 28590-1489
518018330       EDI: PRA.COM Apr 05 2019 03:38:00     Portfolio Recovery Associates, LLC,
                 C/Obarclays Bank Delaware,   POB 41067,   Norfolk VA 23541
518017570       EDI: PRA.COM Apr 05 2019 03:38:00     Portfolio Recovery Associates, LLC,
                 c/o Victorias Secret,   POB 41067,   Norfolk VA 23541
517912992      +EDI: PRA.COM Apr 05 2019 03:38:00     Portfolio Recov Assoc,   120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
517913184      +EDI: RMSC.COM Apr 05 2019 03:38:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518036141      +E-mail/Text: bncmail@w-legal.com Apr 05 2019 00:16:33     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517912993      +EDI: WTRRNBANK.COM Apr 05 2019 03:38:00     Td Bank Usa/targetcred,   Po Box 673,
                 Minneapolis, MN 55440-0673
517912996      +EDI: VERIZONCOMB.COM Apr 05 2019 03:38:00     Verizon,   Po Box 650584,   Dallas, TX 75265-0584
518007349      +EDI: AIS.COM Apr 05 2019 03:38:00     Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Apr 04, 2019
                              Form ID: 148             Total Noticed: 34

517912985*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    P.O. Box 9052,   Andover, MA 01810)
517912983*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, L.P. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov Rudikh    on behalf of Debtor Esther M Villaronga yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 5
```